## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UHLIG LLC d/b/a CONDOCERTS and d/b/a WELCOMELINK, | § § § | |
| Plaintiff/Counter-Defendant, | § § | JURY TRIAL DEMANDED |
| v. | § § § | |
| REALPAGE, INC., and TOMTE, LLC d/b/a REXERA, | § § § | Case No. 2:26-cv-02144-TC-ADM |
| Defendants/Counter-Plaintiffs. | § § | |

## RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION TO SEAL ECF 9

RealPage and Rexera do not oppose Uhlig's request to file portions of their Answer and Counterclaim under seal. Uhlig's Motion (Doc. 27), however, went beyond that request to accuse RealPage and Rexera of publicly disclosing confidential material and then comment on the merits.

RealPage and Rexera disagree with almost everything in the Motion, the crux of which is that RealPage and Rexera improperly disclosed confidential information. That is incorrect because the Answer and Counterclaim were filed under provisional seal, not publicly disclosed.[1] Moreover, Uhlig touts the import of confidentiality—including its negotiations with RealPage and even the existence of a potential transaction—while at the same time filing its response to the public docket, thereby mooting much of its own request. *See McWilliams v. Dinapoli*, 40 F.4th 1118, 1131–33 (10th Cir. 2022) (rejecting unopposed motion to seal where proponent disclosed the supposedly confidential material

---

[1] *See Gomez v. Epic Landscape Prods., L.C.*, No. 2:22-cv-02198-JAR-ADM, 2024 WL 1741102, at *1 (D. Kan. Apr. 23, 2024) ("Because these documents were filed provisionally under seal, there has been no public disclosure of this information.").

Response to Plaintiff's Unopposed Motion to Seal ECF 9                    Page 1 of 4

"in his publicly filed brief"); *CST Indus., Inc. v. Tank Collection, L.L.C.*, No. 23-2339-JAR-RES, 2024 WL 5008599, at *4 (D. Kan. Dec. 6, 2024) ("The motion to seal Exhibit U is denied as moot, as Tank and LaForge concede in their reply that this document has already been publicly filed in this case.").[2]

In any event, RealPage and Rexera reserve the right to challenge Uhlig's characterizations and legal arguments when they are properly before the Court. For now, the request to redact, to the extent it has not been mooted, is unopposed.

---

[2] This information includes the existence of a confidentiality agreement, pre-litigation discussions, and "negotiations of potential business arrangements" between the parties. Doc. 27 at 2–5.

**Response to Plaintiff's Unopposed Motion to Seal ECF 9**                    **Page 2 of 4**

Respectfully submitted,

**REESE MARKETOS LLP**

*/s/ Pete Marketos*
Peter D. Marketos (*pro hac vice*)
Texas State Bar No. 24013101
pete.marketos@rm-firm.com
Brett S. Rosenthal (*pro hac vice*)
Texas State Bar No. 24080096
brett.rosenthal@rm-firm.com
Bradley M. Gordon (*pro hac vice*)
Texas State Bar No. 00784150
brad.gordon@rm-firm.com
Jamison M. Joiner (*pro hac vice*)
Texas State Bar No. 24093775
jamison.joiner@rm-firm.com

750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

*/s/ Michael T. Raupp*
Michael T. Raupp, KS Bar No. 25831
Mitchell J. Perne, KS Bar No. 31102
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
mitchell.perne@huschblackwell.com

*Counsel for Defendants/Counter-Plaintiffs*
*RealPage, Inc. and TOMTE, LLC d/b/a Rexera*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 4, 2026, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

<u>*/s/ Michael T. Raupp*</u>

*Counsel for Defendants/Counter-Plaintiffs*
*RealPage, Inc. and TOMTE, LLC d/b/a Rexera*