## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UHLIG LLC d/b/a CONDOCERTS™ and
d/b/a WELCOMELINK®

        Plaintiff/Counter-Defendant,

v.

REALPAGE, INC., and TOMTE, INC. d/b/a
REXERA,

        Defendants/Counter-Plaintiffs.

Case No. 2:26-CV-2144

**PLAINTIFF'S REPLY IN SUPPORT OF *UNOPPOSED* MOTION TO SEAL ECF 9**

Pursuant to D. Kan. Rule 5.4.2, Plaintiff Uhlig LLC d/b/a CondoCerts™ and WelcomeLink® ("Uhlig") respectfully submits this reply in support of its motion to maintain the sealing of certain portions of Defendants' Answer and Original Counterclaim (ECF 9).

Defendants claim they did not breach the Confidentiality Agreement because they filed their Answer and Counterclaims provisionally under seal and free from public review. However, the terms of the Confidentiality Agreement are much more restrictive. The agreement's terms prohibit Defendants from ***using or disclosing*** the covered information. By including covered information in the Answer and Counterclaims, Defendants are both "using" the covered information and "disclosing" the information to a person, *i.e.,* the Court.

Defendants further claim Uhlig has waived the confidentiality of the covered information by publicly filing its motion to seal. Local rules require such motions to be filed publicly. Uhlig was careful not to specify in the motion the confidential information Defendants improperly included in their Answer and Counterclaims. Uhlig instead described the information only in the vaguest terms possible. Defendants apparently believe they can engineer the disclosure of confidential information by breaching a Confidentiality Agreement and then claiming waiver when

4936-0253-2520.1

Uhlig is forced to file a motion to seal in order to maintain confidential that which Defendants had agreed to maintain confidential. In any event, there is no waiver.

Respectfully submitted this 5th day of May, 2026.

KUTAK ROCK LLP

s/ Juliet A. Cox
Juliet A. Cox, KS Bar #17016
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
Tel: (816) 960-0090
Fax: (816) 960-0041
juliet.cox@kutakrock.com

and

Thomas W. Snyder, CO Bar #33106
(admitted *pro hac vice*)
Hannah E. Huston, CO Bar #59293
(admitted *pro hac vice*)
KUTAK ROCK LLP
2001 16th Street,, Suite 1800
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
Thomas.snyder@kutakrock.com
Hannah.huston@kutakrock.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of May, 2026 the foregoing was filed via CM-ECF, which will automatically send an electronic copy to all counsel of record.

s/ *Juliet A. Cox*
*ATTORNEYS FOR PLAINTIFF*

2