IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UHLIG LLC d/b/a CONDOCERTS and        §
d/b/a WELCOMELINK,                    §
                                      §
    Plaintiff/Counter-Defendant,    §        JURY TRIAL DEMANDED
                                      §
v.                                    §
                                      §
REALPAGE, INC., TOMTE, LLC d/b/a      §        Case No. 2:26-cv-02144-TC-ADM
REXERA, and NEXTLEVEL                 §
ASSOCIATION SOLUTIONS, INC.           §
d/b/a HOMEWISEDOCS.COM                §

    Defendants/Counter-Plaintiffs.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT

Defendants RealPage, Inc. ("RealPage"), TOMTE, LLC d/b/a Rexera ("Rexera"), and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com ("HomeWise") (RealPage, Rexera, and HomeWise together, the "Defendants") respectfully move this Court to extend their deadline to answer or otherwise respond to Uhlig LLC d/b/a CondoCerts and d/b/a WelcomeLink's ("Plaintiff" or "Uhlig") Amended Complaint and Jury Demand until June 22, 2026. In support of this Motion, Defendants state:

1. Plaintiff filed its original Complaint on March 13 against RealPage and Rexera. HomeWise was not named as a party in the Complaint. Doc. 1.

2. RealPage and Rexera filed their Answer and Original Counterclaim on April 24. Doc. 9.

3. On May 15, Plaintiff filed its Amended Complaint and Jury Demand. Among other things, the Amended Complaint added HomeWise as a party. Doc. 32.

1

4.  HomeWise was served with the Amended Complaint on May 21, 2026. Doc. 33. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), the current deadline for HomeWise to file its response to the Amended Complaint is June 11, 2026.

5.  Under Federal Rule of Civil Procedure 15(a)(3), the current deadline for RealPage and Rexera to file their response to the Amended Complaint is May 29, 2026.

6.  Defendants require additional time to review, investigate, and respond to the Amended Complaint.  Moreover, RealPage and Rexera have a different response deadline than HomeWise.  All Defendants are represented by the undersigned counsel and intend to file a single responsive pleading to the Amended Complaint.

7.  The Parties have conferred for the purpose of establishing a uniform response date that allows Defendants sufficient time to respond to the Amended Complaint and avoids the burden and expense of two sets of operative pleadings with competing deadlines on the defense side. Defendants proposed June 22, 2026 as the uniform deadline. Plaintiff does not oppose that request.

8.  This is the first Motion for an Extension of Time filed by Defendants.

9.  No party will be prejudiced by an extension.

Defendants ask the Court to extend their deadline to respond to Plaintiff's Amended Complaint to June 22, 2026.

2

Respectfully submitted,

**REESE MARKETOS LLP**

*/s/ Pete D. Marketos*
Pete D. Marketos (*pro hac vice* forthcoming)
Texas State Bar No. 24013101
pete.marketos@rm-firm.com
Brett S. Rosenthal (*pro hac vice* forthcoming)
Texas State Bar No. 24080096
brett.rosenthal@rm-firm.com
Bradley M. Gordon (*pro hac vice* forthcoming)
Texas State Bar No. 00784150
brad.gordon@rm-firm.com
Jamison M. Joiner (*pro hac vice* forthcoming)
Texas State Bar No. 24093775
jamison.joiner@rm-firm.com

750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

*/s/ Michael T. Raupp*
Michael T. Raupp, KS Bar No. 25831
Mitchell J. Perne, KS Bar No. 31102
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
mitchell.perne@huschblackwell.com

*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE, LLC d/b/a Rexera, and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I filed the foregoing document via the

Court's ECF system, which will cause a true and correct copy of the same to be served

electronically on all ECF-registered counsel of record.

/s/ Michael T. Raupp
*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE, LLC d/b/a Rexera, and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com*