# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UHLIG LLC d/b/a CONDOCERTS™ and d/b/a WELCOMELINK® <br><br> Plaintiff, <br><br> v. <br><br> REALPAGE, INC., and TOMTE LLC d/b/a REXERA, and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS.COM , <br><br> Defendants. | Case No. 2:26-cv-02144-TC-ADM |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2026, Plaintiff Uhlig LLC d/b/a CondoCerts™ and d/b/a WelcomeLink® ("Uhlig"), by and through undersigned counsel, served Plaintiff's Fed. R. Civ. P. 26(a)(1) Initial Disclosures via electronic mail on counsel of record for Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE, LLC d/b/a Rexera, and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com as listed below:

| | |
|---|---|
| Pete D. Marketos <br> Brett S. Rosenthal <br> Bradley M. Gordon <br> Jamison M. Joiner <br> REESE MARKETOS LLP <br> 750 N. Saint Paul St., Suite 600 <br> Dallas, Texas 75201-3201 <br> 214.382.9810 telephone <br> 214.501.0731 facsimile <br> pete.marketos@rm-firm.com <br> brett.rosenthal@rm-firm.com <br> brad.gordon@rm-firm.com <br> jamison.joiner@rm-firm.com | Michael T. Raupp <br> Mitchell J. Perne <br> HUSCH BLACKWELL LLP <br> 4801 Main Street, Suite 1000 <br> Kansas City, MO 64112 <br> Telephone: (816) 983-8000 <br> Facsimile: (816) 983-8080 <br> michael.raupp@huschblackwell.com <br> mitchell.perne@huschblackwell.com |

4909-5561-4391.1

Respectfully submitted this 22nd day of June, 2026.

KUTAK ROCK LLP

s/ *Juliet A. Cox*
Juliet A. Cox, KS Bar #17016
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
Tel: (816) 960-0090
Fax: (816) 960-0041
juliet.cox@kutakrock.com

and

Thomas W. Snyder, CO Bar #33106
(admitted *pro hac vice*)
Hannah E. Huston, CO Bar #59293
(admitted *pro hac vice*)
KUTAK ROCK LLP
2001 16th Street,, Suite 1800
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
Thomas.snyder@kutakrock.com
Hannah.huston@kutakrock.com

*Attorneys for Plaintiff/Counter-Defendant*
*Uhlig LLC d/b/a CondoCerts and d/b/a*
*WelcomeLink*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2026 the foregoing was filed via CM-ECF, which will automatically send an electronic copy to all counsel of record.

s/ *Juliet A. Cox*
*ATTORNEYS FOR PLAINTIFF*

2

4909-5561-4391.1