**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UHLIG LLC d/b/a CONDOCERTS and d/b/a WELCOMELINK, | ) |
| Plaintiff/Counter-Defendant, | ) Case No . 2:26-cv-02144-JMK-ADM |
| v. | ) |
| REALPAGE, INC., and TOMTE LLC d/b/a REXERA | ) |
| Defendants/Counter-Plaintiffs. | ) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Tyler Bexley be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 8th day of September 2026.

Respectfully submitted,

*/s/ Michael T. Raupp*
Michael T. Raupp, KS Bar No. 25831
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com

***Attorneys for Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE LLC d/b/a Rexera, and Nextlevel Association Solutions, Inc. d/b/a HomeWiseDocs***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Michael T. Raupp*
***Attorney for Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE LLC d/b/a Rexera, and Nextlevel Association Solutions, Inc. d/b/a HomeWiseDocs***