**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UHLIG LLC d/b/a CONDOCERTS and d/b/a WELCOMELINK,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>REALPAGE, INC., and TOMTE LLC d/b/a REXERA<br><br>Defendants/Counter-Plaintiffs. | ) | Case No. 2:26-cv-02144-JMK-ADM |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Tyler Bexley

2. I practice under the following firm name or letterhead:

   Name: Resse Marketos LLP

   Address: 750 N. Saint Paul St., Suite 600

   Dallas, TX 75201-3201

   Telephone Number: 214.382.9810

   Fax: 214.501.0731

   Email address: tyler.bexley@rm-firm.com

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Texas Supreme Court | 11/05/2010 | 24073923 |
| USDC Northern District, Texas | 12/08/2010 | |
| USDC Southern District, Texas | 07/24/2015 | |
| USDC Western District, Texas | 02/21/2013 | |
| USDC Eastern District, Texas | 03/21/2011 | |
| U.S. Court of Appeals for the Fifth Circuit | 03/24/2016 | |
| U.S. Court of Appeals for the Ninth Circuit | 10/03/2017 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

REESE MARKETOS LLP

Tyler Bexley