**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UHLIG LLC d/b/a CONDOCERTS™ and d/b/a WELCOMELINK®<br><br>Plaintiff,<br>v.<br><br>REALPAGE, INC., and TOMTE LLC d/b/a REXERA, and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS.COM ,<br><br>Defendants. | Case No. 2:26-cv-02144-TC-ADM |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2026, Plaintiff Uhlig LLC d/b/a CondoCerts™ and d/b/a WelcomeLink® ("Uhlig"), by and through undersigned counsel, served Plaintiff's Second Set of Requests for Production of Documents to All Defendants via electronic mail on counsel of record for Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE, LLC d/b/a Rexera, and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs.com as listed below:

Pete D. Marketos
Brett S. Rosenthal
Bradley M. Gordon
Jamison M. Joiner
Tyler Bexley
Whitney Wendel
REESE MARKETOS LLP
750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
pete.marketos@rm-firm.com
brett.rosenthal@rm-firm.com
brad.gordon@rm-firm.com
jamison.joiner@rm-firm.com
tyler.bexley@rm-firm.com
whitney.wendel@rm-firm.com

Michael T. Raupp
Mitchell J. Perne
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
michael.raupp@huschblackwell.com
mitchell.perne@huschblackwell.com

Respectfully submitted September 11, 2026.

KUTAK ROCK LLP

*s/ Juliet A. Cox*
Juliet A. Cox, KS Bar #17016
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
Tel: (816) 960-0090
Fax: (816) 960-0041
juliet.cox@kutakrock.com

and

Thomas W. Snyder, CO Bar #33106
(admitted *pro hac vice*)
Hannah E. Huston, CO Bar #59293
(admitted *pro hac vice*)
KUTAK ROCK LLP
2001 16th Street,, Suite 1800
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
Thomas.snyder@kutakrock.com
Hannah.huston@kutakrock.com

*Attorneys for Plaintiff/Counter-Defendant Uhlig LLC d/b/a CondoCerts and d/b/a WelcomeLink*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026 the foregoing was filed via CM-ECF, which will automatically send an electronic copy to all counsel of record.

*s/ Juliet A. Cox*
*ATTORNEYS FOR PLAINTIFF*