**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UHLIG LLC d/b/a CONDOCERTS™ and d/b/a WELCOMELINK®<br><br>Plaintiff,<br>v.<br><br>REALPAGE, INC., and TOMTE LLC d/b/a REXERA, and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS.COM ,<br><br>Defendants. | Case No. 2:26-cv-02144-TC-ADM |

**NOTICE OF WITHDRAWAL OF APPEARANCE PURSUANT TO LR 83.5.5(b)**

PLEASE TAKE NOTICE that Hannah E. Huston, attorney for Plaintiff/Counter-Defendant UHLIG LLC d/b/a CONDOCERTS™ and d/b/a WELCOMELINK® (hereinafter "UHLIG") provides this Notice of Withdrawal of Appearance as attorney of record and affirms to the Court and all other attorneys and parties of record:

1. Hannah E. Huston of Kutak Rock LLP represents UHLIG in this matter.

2. Hannah E. Huston wishes to withdraw and has complied with all outstanding orders of the Court and has notified UHLIG of the withdrawal.

3. UHLIG will continue to be represented by Juliet A. Cox, Jeffrey W. Coffey, and Thomas W. Snyder of Kutak Rock LLP.

Respectfully submitted this 15th day of October 2026.

KUTAK ROCK LLP

*s/ Juliet A. Cox*
Juliet A. Cox, KS Bar #17016
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
Tel: (816) 960-0090
Fax: (816) 960-0041
juliet.cox@kutakrock.com

and

*s/ Hannah E. Huston*
Hannah E. Huston, CO Bar #59293
*(admitted pro hac vice)*
Jeffrey W. Coffey, MO Bar #69045
*(admitted pro hac vice)*
Thomas W. Snyder, CO Bar #33106
*(admitted pro hac vice)*
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
hannah.huston@kutakrock.com
jeff.coffey@kutakrock.com
thomas.snyder@kutakrock.com

and

*ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT UHLIG LLC DBA CONDOCERTS DBA WELCOMELINK*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October 2026 the foregoing was filed via CM-ECF, which will automatically send an electronic copy to all counsel of record.

A copy of the foregoing has also been served upon UHLIG via electronic mail.

*/s/ Juliet A. Cox*
*ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT Uhlig LLC dba CondoCerts dba WelcomeLink*