**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UHLIG LLC d/b/a CONDOCERTS and d/b/a WELCOMELINK, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | JURY TRIAL DEMANDED |
| | § | |
| v. | § | |
| | § | Case No. 2:26-cv-02144-JMK-ADM |
| REALPAGE, INC., TOMTE, LLC d/b/a REXERA, and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS | § | |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

**JOINT STATUS REPORT ON DEPOSITION SCHEDULING**

Pursuant to Paragraph 2.g of the Court's Scheduling Order, the parties report no depositions have been scheduled or noticed. Doc. 50, Sched. Order ¶ 2.g; Doc. 79, Am. Sched. Order at 2 ("All other provisions of the original Scheduling Order remain in effect."). The parties expect to begin scheduling depositions within the next month and will report their progress in the November 15 status report.

To date, the parties' efforts have focused on collecting, reviewing, and producing documents, and on exchanging and refining search terms. Given the volume of data and the technical limits that the parties have encountered, the Court extended the deadline for substantial completion of document production to November 20, 2026. Doc. 79, Am. Sched. Order. As production nears completion, the parties will confer on deponents and witness availability.

**REESE MARKETOS LLP**

*/s/ Pete D. Marketos*
Pete D. Marketos (*pro hac vice*)
Texas State Bar No. 24013101
pete.marketos@rm-firm.com
Brett S. Rosenthal (*pro hac vice*)
Texas State Bar No. 24080096
brett.rosenthal@rm-firm.com
Bradley M. Gordon (*pro hac vice*)
Texas State Bar No. 00784150
brad.gordon@rm-firm.com
Jamison M. Joiner (*pro hac vice*)
Texas State Bar No. 24093775
jamison.joiner@rm-firm.com

750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

*/s/ Michael T. Raupp*
Michael T. Raupp, KS Bar No. 25831
Mitchell J. Perne, KS Bar No. 31102
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
mitchell.perne@huschblackwell.com

*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc. and TOMTE, LLC d/b/a Rexera, and Nextlevel Association Solutions, Inc. d/b/a HomeWiseDocs*

**KUTAK ROCK LLP**

*/s/ Juliet A. Cox*
Juliet A. Cox, KS Bar #17016
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
Tel: (816) 960-0090
Fax: (816) 960-0041
juliet.cox@kutakrock.com

and

Thomas W. Snyder, CO Bar #33106
(admitted *pro hac vice*)
Jeffrey W. Coffey, MO Bar #69045
(admitted *pro hac vice*)
KUTAK ROCK LLP
2001 16th Street, Suite 1800
Denver, CO 80202
Tel: 303-297-2400
Fax: 303-292-7799
thomas.snyder@kutakrock.com
jeff.coffey@kutakrock.com

*Attorneys for Plaintiff/Counter-Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Michael T. Raupp*
*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc. and TOMTE, LLC d/b/a Rexera and Nextlevel Association Solutions, Inc., d/b/a HomeWiseDocs*