**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UHLIG LLC d/b/a CONDOCERTS and d/b/a WELCOMELINK, | § § § | |
| Plaintiff/Counter-Defendant, | § | JURY TRIAL DEMANDED |
| | § | |
| v. | § | |
| | § | Case No. 2:26-cv-02144-JMK-ADM |
| REALPAGE, INC., TOMTE, LLC d/b/a REXERA, and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS | § § § § § | |
| Defendants/Counter-Plaintiffs. | § | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE, LLC d/b/a Rexera, and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs' Objections and Responses to Plaintiff's Second Set of Requests for Production and Objections and Responses to Plaintiff's First Set of Interrogatories were served on October 19, 2026 by email on the following attorneys of record:

Thomas William Snyder
Hannah E. Huston
Kutak Rock LLP – Denver
Denver, CO 80202
thomas.snyder@kutakrock.com
hannah.huston@kutakrock.com

Juliet Ann Cox
Kutak Rock LLP – Kansas City
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
juliet.cox@kutakrock.com

Respectfully submitted,

**REESE MARKETOS LLP**

*/s/ Pete D. Marketos*

Pete D. Marketos (*pro hac vice*)
Texas State Bar No. 24013101
pete.marketos@rm-firm.com
Brett S. Rosenthal (*pro hac vice*)
Texas State Bar No. 24080096
brett.rosenthal@rm-firm.com
Bradley M. Gordon (*pro hac vice*)
Texas State Bar No. 00784150
brad.gordon@rm-firm.com
Jamison M. Joiner (*pro hac vice*)
Texas State Bar No. 24093775
jamison.joiner@rm-firm.com

750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

*/s/ Michael T. Raupp*

Michael T. Raupp, KS Bar No. 25831
Mitchell J. Perne, KS Bar No. 31102
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
mitchell.perne@huschblackwell.com

*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc. and TOMTE, LLC d/b/a Rexera, and Nextlevel Association Solutions, Inc. d/b/a HomeWiseDocs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Michael T. Raupp*
*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc. and TOMTE, LLC d/b/a Rexera and Nextlevel Association Solutions, Inc., d/b/a HomeWiseDocs*