IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UHLIG LLC d/b/a CONDOCERTS and d/b/a WELCOMELINK, | § | |
| | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | JURY TRIAL DEMANDED |
| | § | |
| v. | § | |
| | § | Case No. 2:26-cv-02144-JMK-ADM |
| REALPAGE, INC., TOMTE, LLC d/b/a REXERA, and NEXTLEVEL ASSOCIATION SOLUTIONS, INC. d/b/a HOMEWISEDOCS | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of Defendants/Counter-Plaintiffs RealPage, Inc., TOMTE, LLC d/b/a Rexera, and NextLevel Association Solutions, Inc. d/b/a HomeWiseDocs' Second Supplemental Objections and Responses to Plaintiff's First Set of Requests for Production was served on November 11, 2026 by email on the following attorneys of record:

Thomas William Snyder
Jeffrey Coffey
Hannah E. Huston
Kutak Rock LLP – Denver
Denver, CO 80202
thomas.snyder@kutakrock.com
hannah.huston@kutakrock.com

Juliet Ann Cox
Kutak Rock LLP – Kansas City
2405 Grand Blvd., Suite 600
Kansas City, MO 64108
juliet.cox@kutakrock.com

Respectfully submitted,

**REESE MARKETOS LLP**

*/s/ Pete D. Marketos* ________________________
Pete D. Marketos (*pro hac vice*)
Texas State Bar No. 24013101
pete.marketos@rm-firm.com
Brett S. Rosenthal (*pro hac vice*)
Texas State Bar No. 24080096
brett.rosenthal@rm-firm.com
Bradley M. Gordon (*pro hac vice*)
Texas State Bar No. 00784150
brad.gordon@rm-firm.com
Jamison M. Joiner (*pro hac vice*)
Texas State Bar No. 24093775
jamison.joiner@rm-firm.com

750 N. Saint Paul St., Suite 600
Dallas, Texas 75201-3201
214.382.9810 telephone
214.501.0731 facsimile

*/s/ Michael T. Raupp* ________________________
Michael T. Raupp, KS Bar No. 25831
Mitchell J. Perne, KS Bar No. 31102
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
mitchell.perne@huschblackwell.com

*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc. and TOMTE, LLC d/b/a Rexera, and Nextlevel Association Solutions, Inc. d/b/a HomeWiseDocs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, I filed the foregoing document via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Michael T. Raupp*

*Counsel for Defendants/Counter-Plaintiffs RealPage, Inc. and TOMTE, LLC d/b/a Rexera and Nextlevel Association Solutions, Inc., d/b/a HomeWiseDocs*